October 31, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

G. CHRISTIAN CORCORAN AND PEGGY CORCORAN, Appellants

NO. 14-12-00982-CV                    V.

ATASCOCITA COMMUNITY IMPROVEMENT ASSOCIATION, INC.,
Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Atascocita Community Improvement Association, Inc., was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, G. Christian Corcoran and Peggy Corcoran, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.